1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  QUY TRUONG
6

7

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | QUY TRUONG, an individual,              ) Case No.: 8:24-cv-01043-DOC-JDE
11 |        Plaintiff,                        )
                                              ) **PLAINTIFF'S NOTICE OF**
12 |    vs.                                   ) **VOLUNTARY DISMISSAL OF**
                                              ) **ENTIRE ACTION WITH**
13 |                                          ) **PREJUDICE PURSUANT TO**
   REEF IMPERIAL ROSE, INC., a               ) **FEDERAL RULE OF CIVIL**
14 | WASHINGTON corporation                   ) **PROCEDURE 41(a)(1)**
15 |                                          )
           Defendants.                        )
16

**PLEASE TAKE NOTICE** that Plaintiff QUY TRUONG ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant REEF IMPERIAL ROSE, INC., a WASHINGTON corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: July 29, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

QUY TRUONG

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:24-CV-01043-DOC-JDE**